**Order entered May 13, 2016**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00943-CR

**NDUBUISI NKALARI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR13-1057**

## ORDER

The Court **GRANTS** appellant's second motion for extension of time to file appellant's brief.

We **DIRECT** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/    ADA BROWN
       JUSTICE